UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LODGENET INTERACTIVE CORPORATION and LODGENET HEALTHCARE, INC., <br><br> Plaintiffs, <br> v. <br><br> MDM COMMERCIAL ENTERPRISES, INC. <br><br> Defendant. | Case No.: 4:12-cv-04022-LLP <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs LodgeNet Interactive Corporation and LodgeNet Healthcare, Inc., by and through their attorneys, hereby provide notice of dismissal without prejudice of the above-captioned action.

Dated: June 11, 2012

LEONARD, STREET AND DEINARD, P.A.

/s/ Michael G. Taylor
Michael G. Taylor (SD # 3366)
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Fax: (612) 335-1657
*michael.taylor@leonard.com*

*Attorneys for Plaintiffs*

8947908v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2012, I electronically filed the Notice of Voluntary Dismissal Without Prejudice with the Clerk of Court using CM/ECF system and a copy will be sent via U.S. Mail to the following at the address shown:

M.D.M. Commercial Enterprises, Inc.
Registered Agent, Steven E. Austin
1098 Ponte Vedra Blvd.,
Ponte Vedra Beach, FL 32082

/s/Michael G. Taylor
One of the Attorneys for Plaintiffs

8952088v1